# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| G. BRIAN SINGER[1], | § | |
| | § | No. 26, 2019 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CK06-02802 |
| ANDREA KANE, | § | Petition No. 17-29210 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: August 14, 2019
Decided: August 28, 2019

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 28th day of August, 2019, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its December 29, 2018 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).